UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDRICK LAMONT GIRLEY,<br><br>                              Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY SUPERIOR<br>COURT JUDGE LISA RODRIGUEZ,<br><br>                              Defendant. | Case No.: 21-CV-1894 JLS (JLB)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is Plaintiff Dedrick Lamont Girley's Complaint (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: November 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge